# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 671 |
| | : | |
| ORDER APPROVING THE | : | SUPREME COURT RULES |
| REVISION TO THE COMMENT | : | |
| TO PENNSYLVANIA RULE OF | : | DOCKET |
| EVIDENCE 409 | : | |
| | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2015, upon the recommendation of the Committee on Rules of Evidence; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3) in the interests of efficient administration, and a Final Report to be published with this **ORDER**:

     **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the Comment to Pennsylvania Rule of Evidence 409 is revised in the attached form.

     This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions to the rule are shown in bold and in brackets.